UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE COHN, et al., | CASE NO. C21-1464JLR |
| Plaintiffs, | ORDER |
| v. | |
| DAIRYLAND AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

On February 23, 2022, the court issued an order to show cause why it should not dismiss this action based on Plaintiffs Steve Cohn and Laura Scheyer's (collectively, "Plaintiffs") apparent failure to serve Defendant Dairyland American Insurance Company ("Dairyland") with a summons and a copy of their complaint within the 90-day timeframe provided in Federal Rule of Civil Procedure 4(m). (2/23/22 OSC (Dkt. # 7) at 2.) Specifically, the court ordered Plaintiffs to either "provide proof that Dairyland has in fact been served" or "demonstrate good cause for the[ir] failure to comply with Rule

ORDER - 1

4(m)." (*Id.*) Plaintiffs timely responded to the court's order to show cause. (OSC Resp. (Dkt. # 8); Johnsen Decl. (Dkt. # 9).) Based on the court's review of Plaintiffs' response and the materials submitted in support of their response, the court finds that Plaintiffs successfully served Dairyland in accordance with Rule 4(m). (*See* Johnsen Decl. ¶¶ 3-5, Ex. A (describing how Dairyland was served on December 16, 2021 by the Washington State Insurance Commissioner pursuant to RCW 48.05.215 and RCW 48.02.200); *see also* Compl. (Dkt. # 1) (filed October 27, 2021).) Accordingly, the court DISCHARGES its order to show cause (Dkt. # 7).

Dated this 25th day of February, 2022.

JAMES L. ROBART
United States District Judge